UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | BANKRUPTCY NO. 05-10403 |
| | : | CHAPTER 7 |
| MARY K. DITULLIO a/k/a MARY K. MCCONNELL, DEBTOR | : : | |
| | : | |
| JAMES ROBERT KRESS, Plaintiff | : | ADVERSARY NO. 05-1117 |
| vs. | : | DOCUMENT NO. 22 |
| MARY K. DITULLIO, Respondent | : | |

## **MEMORANDUM AND ORDER**

James Kress has filed a five-page meandering paper seeking the nondischargeability of his claim against Mary K. DiTullio, the Debtor.

Mr. Kress failed to mention that he had previously filed his complaint in this Court at Adversary No. 05-1117 conveying the same facts, and that the Court had considered the matter and had written a Memorandum concluding that the debt should be and was discharged. The Court concluded with an Order dated July 8, 2005 in which Mr. Kress' objection to the discharge of the Debtor was denied and the complaint was dismissed. The Court further denied the request that Mary K. DiTullio pay counsel fees.

In short, the matter was brought before the Court three years ago and the matter was then decided.

Dated: May 28th, 2008

Warren W. Bentz
United States Bankruptcy Judge

FILED
MAY 27 2008
CLERK, U.S. BANKRUPTCY COURT
WEST. DIST. OF PENNSYLVANIA
ERIE OFFICE

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE | : BANKRUPTCY NO. 05-10403 |
| | : CHAPTER 7 |
| MARY K. DITULLIO a/k/a MARY K. | : |
| MCCONNELL, DEBTOR | : |
| | : |
| JAMES ROBERT KRESS, Plaintiff | : ADVERSARY NO. 05-1117 |
| vs. | : DOCUMENT NO. 22 |
| MARY K. DITULLIO, Respondent | : |

### ORDER

To the extent that the five-page submission filed May 12, 2008 may be considered an objection to discharge, it is DENIED.

Dated: May 28th, 2008

Warren W. Bentz
United States Bankruptcy Judge

c:   Mr. James Kress, 11600 West Greene Rd., Waterford, PA 16441
    Lawrence C. Bolla, Esq.
    John C. Melaragno, Esq.



FILED
MAY 2 7 2008
CLERK, U.S. BANKRUPTCY COURT
WEST. DIST. OF PENNSYLVANIA
ERIE OFFICE